FILED
2012 Aug-29  PM 12:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **BROOKE MOORE a/k/a BROOKE BEUTJER,** | ) ) ) | |
| **Plaintiff,** | ) ) ) | |
| **v.** | ) ) ) | **CIVIL ACTION NO.:** <br> **2:12-cv-2628** |
| **PORTFOLIO RECOVERY ASSOC., LLC,** | ) ) ) ) | |
| **Defendant.** | ) ) | |

## NOTICE OF SETTLEMENT

**COMES NOW** defendant Portfolio Recovery Associates, LLC ("Defendant"), by and through its undersigned counsel, and hereby informs the Court that a settlement of the present matter has been reached as to all claims of plaintiff Brooke Moore a/k/a Brooke Beutjer ("Plaintiff") against Defendant.

Defendant, therefore, requests that this Honorable Court vacate all dates currently set on calendar for the present matter and give the parties 30 days to file the necessary dismissal papers.

2028469 v1

Respectfully submitted,

*s/ R. Frank Springfield*
R. Frank Springfield (SPR024)
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama  35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100
fspringf@burr.com

Attorney for Defendant
PORTFOLIO RECOVERY ASSOCIATES, LLC

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail, hand delivery, fax or email on this the 29th day of August, 2012:

John G. Watts
M. Stan Herring
Watts & Herring, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203

*s/ R. Frank Springfield*
OF COUNSEL

2028469 v1

2