# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **BROOKE MOORE a/k/a BROOKE BEUTJER,,** } } } | |
| Plaintiff, } } | |
| } | CASE NO: 2:12-cv-2628-KOB |
| v. } } | |
| **PORTFOLIO RECOVERY ASSOC., LLC,** } } | |
| Defendant. | |

## ORDER OF DISMISSAL

The court, having been advised that a settlement has been reached, DISMISSES this case WITHOUT PREJUDICE to reinstatement if any party represents to the court **on or before October 31, 2012**, that final settlement documentation could not be completed.

**DONE** and **ORDERED** this 31st day of August, 2012.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE