FILED
 2012 Oct-15  AM 11:25
 U.S. DISTRICT COURT
     N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **BROOKE MOORE a/k/a BROOKE BEUTJER,** | ] | |
| | ] | |
| Plaintiff, | ] | |
| | ] | 2:12-cv-2628-KOB |
| v. | ] | |
| | ] | |
| **PORTFOLIO RECOVERY ASSOC., LLC,** | ] | |
| | ] | |
| Defendant. | ] | |

## FINAL ORDER

The court, having received the "Plaintiff's Motion to Dismiss Defendant With Prejudice" (doc. 8), DISMISSES this action WITH PREJUDICE, with each party to bear her or its own costs.

DONE and ORDERED this 15th day of October, 2012.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE